**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alejandro Franco Tovar | CHAPTER 13 |
|     fka Alejandro Franco | |
|                             Debtor | BKY. NO. 18-16869 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4 and index same on the master mailing list.

                                                                                                                       Respectfully submitted,
                                                                                         **/s/ Rebecca A. Solarz, Esq**
                                                                                         Rebecca A Solarz, Esquire
                                                                                         KML Law Group, P.C.
                                                                                         701 Market Street, Suite 5000
                                                                                         Philadelphia, PA 19106-1532
                                                                                         (215) 627-1322