18-1286

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 Proceeding |
| Alejandro Franco Tovar fka Alejandro Franco | |
| | Case No.  18-16869-ELF |
| Debtor(s) | |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

      Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090