## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |
|---|---|
| | : |
| IN RE:  Alejandro Franco Tovar fka Alejandro | :   CHAPTER 13 |
| Franco | : |
| Debtor | :   BANKRUPTCY NO. 18-16869 ELF |
| Sara Franco | : |
| Codebtor | :   11 U.S.C. §362 (d)(1) AND 1301 |
| Seterus, Inc., as the authorized subservicer for | : |
| Federal National Mortgage Association | :   HEARING DATE: 12/11/2018 |
| ("Fannie Mae"), creditor, its successors and | :   HEARING TIME:  9:30 A.M. |
| assigns | : |
| Movant, | :   COURTROOM #1 |
| v. | : |
| Alejandro Franco Tovar fka Alejandro Franco | : |
| Sara Franco | : |
| William C. Miller, Trustee | : |
| Respondents | : |

## CERTIFICATION OF SERVICE

   **HEATHER S. RILOFF, ESQUIRE**, attorney for Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, the movant herein, hereby certifies that true and correct copies of the foregoing Motion for Relief from the Stay, and the Notice of Hearing and attached proposed order have been served this 20TH day of NOVEMBER, 2018 by first class mail, postage prepaid, on the persons listed below:

| | |
|---|---|
| Alejandro Franco Tovar fka Alejandro Franco<br>405 E.  Anglesey Terrace<br>West Chester, PA 19380<br>**And**<br>Sara Franco<br>635 Market Street<br>Oxford, PA  19363 | Joseph L. Quinn, Esquire<br>152 E. High Stsreet, Suite 100<br> Pottstown, PA 19464 |
| William C. Miller<br>1234 Market Street<br>Philadelphia, PA 19107 | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 |

          **/s/Heather S. Riloff**
          **Heather S. Riloff, Esquire**
          **Martha E. Von Rosenstiel, P.C.**
          **649 South Avenue, Unit 6**
          **Secane, PA 19018**
          **(610) 328-2887 Ext 13**
          **Heather@mvrlaw.com**
          **Attorney I.D. #309906**

** Parties served by the court via ECF electronic notification are not also being served by regular mail