IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alejandro Franco Tovar : Chapter 13
          Debtor : Bankruptcy No.: 18-16869-elf

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed March 4, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on March 5, 2019:*

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Brian T. Moynihan, CEO
Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255

Hyatt Residence Club Key West Member Services
200 Sunset Lane
Key West, FL 33040

Veronica Sorrell, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Berkheimer Tax Administration
50 N. 7th Street
Bangor, PA 18013

West Goshen Township
1025 Paoli Pike
West Chester, PA 19380

*via Electronic Filing (ECF) on March 4, 2019:*

William Edward Craig, Esquire on behalf of Credit Acceptance Corporation
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Jerome B. Blank on behalf of Creditor Ditech Financial LLC
paeb@fedphe.com

Kevin M. Buttery on behalf of Creditor Wilmington Savings Fund Society, FSB, et als
kbuttery@rascrane.com

Mario J. Hanyon on behalf of Creditor Ditech Financial LLC
paeb@fedphe.com

Jill Manuel-Coughlin on behalf of Creditor Wells Fargo Bank, N.A.
jill@pkallc.com, chris.amann@pkallc.com; nick.bracey@pkallc.com; samantha.gonzalez@pkallc.com; harry.reese@pkallc.com; mary.raynor-paul@pkallc.com; amanda.rauer@pkallc.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Heather Stacey Riloff on behalf of Creditor Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae")
heather@mvrlaw.com, Michelle@mvrlaw.com

Rebecca Ann Solarz on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort
bkgroup@kmllawgroup.com

Karina Velter, Esquire on behalf of Wells Fargo Bank, N.A.
amps@manleydeas.com

James Randolph Wood, Esquire on behalf of West Whiteland Township
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:  */s/ Joseph Quinn*
     Joseph Quinn, Esquire
     Attorney I.D. No. 307467
     152 E. High Street, Suite 100
     Pottstown, PA 19464
     T: 610.323.5300
     F: 610.323.6081
     JQuinn@SJR-LAW.com

Date: March 5, 2019       Counsel for Debtor