**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alejandro Franco Tovar fka Alejandro Franco<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4<br>Movant<br>vs.<br>Alejandro Franco Tovar fka Alejandro Franco<br>Debtor(s)<br>Sara J. Franco<br>Co-Debtor<br><br>William C. Miller Esq.<br>Trustee | NO. 18-16869 ELF<br><br>11 U.S.C. Sections 362 and 1301 (c) |

**ORDER**

AND NOW, this 13th day of March, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay and Co-Debtor Stay of all proceedings is granted and the Automatic Stay 11 U.S.C. Section 362, is **modified** with respect to the subject premises located at 205 Larchwood Road, West Chester, PA 19382 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Alejandro Franco Tovar fka Alejandro Franco
405 East Anglesey Terrace
West Chester, PA 19380

Sara J. Franco
405 East Anglesey Terrace
West Chester, PA 19380

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532