United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16869-elf
Alejandro Franco Tovar                                             Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey          Page 1 of 1           Date Rcvd: Mar 14, 2019
                           Form ID: pdf900        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db          +Alejandro Franco Tovar,   405 E. Anglesey Terrace,   West Chester, PA 19380-2129
cr          +LSF11 Master Participation Trust,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr          +THE BANK OF NEW YORK MELLON,   14841 DALLAS PKWY SUITE 425,   Dallas, TX 75254-8067
cr          +WELLS FARGO BANK, N.A.,   C/O POWERS, KIRN & ASSOCIATES, LLC,
             8 NESHAMINY INTERPLEX DRIVE SUITE 215,   TREVOSE, PA 19053-6980
cr          +West Whiteland Township,   c/o Portnoff Law Associates,   P.O. Box 3020,
             Norristown, PA 19404-3020
cr          +Wilmington Savings Fund Society, FSB, et als,   RAS Crane, LLC,
             10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:49     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:47
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:16     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 03:34:36     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
            HEATHER STACEY RILOFF   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
            Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
            JAMES RANDOLPH WOOD   on behalf of Creditor   West Whiteland Township jwood@portnoffonline.com,
            jwood@ecf.inforuptcy.com
            JEROME B. BLANK   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
            JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
            ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc
            JOSEPH L QUINN   on behalf of Debtor Alejandro Franco Tovar CourtNotices@sjr-law.com
            KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
            KEVIN M. BUTTERY   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et als
            kbuttery@rascrane.com
            MARIO J. HANYON   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
            REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
            York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
            Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
            ROBERT J. DAVIDOW   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER
            PARTICIPATION TRUST robert.davidow@phelanhallinan.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alejandro Franco Tovar fka Alejandro Franco<br>                              Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for The<br>Bank of New York Mellon, f/k/a The Bank of New<br>York, successor in interest to JPMorgan Chase Bank,<br>N.A. as Trustee for Structured Asset Mortgage<br>Investments II Inc., Bear Stearns ALT-A Trust,<br>Mortgage Pass-Through Certificates, Series 2005-4<br>                              Movant | NO. 18-16869 ELF |
| vs. | 11 U.S.C. Sections 362 and 1301 (c) |
| Alejandro Franco Tovar fka Alejandro Franco<br>                              Debtor(s)<br>Sara  J. Franco<br>                              Co-Debtor | |
| William C. Miller Esq.<br>                              Trustee | |

### ORDER

        AND NOW, this 13th day of     March   , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

        **ORDERED** THAT: the Motion for Relief from the Automatic Stay and Co-Debtor Stay of all proceedings is granted and the Automatic Stay 11 U.S.C. Section 362, is **modified** with respect to the subject premises located at 205 Larchwood Road, West Chester, PA 19382 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.   Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Alejandro Franco Tovar fka Alejandro Franco
405 East Anglesey Terrace
West Chester, PA 19380

Sara  J. Franco
405 East Anglesey Terrace
West Chester, PA 19380

Joseph L. Quinn
152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532