## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Saea J. Franco<br>         Alejandro Franco Tovar fka Alejandro Franco<br>                           Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4, its successors and/or assigns<br>                           Movant<br>             vs.<br><br>Saea J. Franco<br>Alejandro Franco Tovar fka Alejandro Franco<br>                           Debtor(s)<br><br>William C. Miller Esq.<br>                           Trustee | NO. 18-16869 ELF |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4, which was filed with the Court on or about **November 1, 2018 : Docket # 14**.

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

April 5, 2019