United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16869-elf
Alejandro Franco Tovar                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Apr 10, 2019
                              Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db             +Alejandro Franco Tovar,    405 E. Anglesey Terrace,    West Chester, PA 19380-2129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSEPH L QUINN    on behalf of Debtor Alejandro Franco Tovar CourtNotices@sjr-law.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et als
               kbuttery@rascrane.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York et al ... bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER
               PARTICIPATION TRUST robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF11 Master Participation Trust paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alejandro Franco Tovar
      Debtor(s)                                   Chapter: 13

                                     Bankruptcy No: 18−16869−elf
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 9, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Eric L. Frank
                                                      Judge ,
                                                      United States Bankruptcy Court

                                                                                   56
                                                                               Form 155