**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | |
| **ALEJANDRO FRANCO TOVAR** | : | **BK. No. 18-16869-elf** |
| **FKA ALEJANDRO FRANCO** | : | |
| Debtor | : | **Chapter No. 13** |
| | : | |
| **LSF11 MASTER PARTICIPATION TRUST** | : | |
| Movant | : | |
| v. | : | |
| **ALEJANDRO FRANCO TOVAR** | : | **11 U.S.C. §362 and §1301** |
| **FKA ALEJANDRO FRANCO** | : | |
| **SARA FRANCO (Non-filing Co-Debtor)** | : | |
| Respondents | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 THE CO-DEBTOR STAY**

**AND NOW**, this 18th day of April, 2019, at **PHILADELPHIA**, upon Motion of **LSF11 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362, and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, 635 MARKET STREET, OXFORD, PA 19363 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LSF11 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

Order entered by default.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**