United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16869-elf
Alejandro Franco Tovar                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey         Page 1 of 2          Date Rcvd: Apr 18, 2019
                              Form ID: pdf900      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db            +Alejandro Franco Tovar,    405 E. Anglesey Terrace,   West Chester, PA 19380-2129
cr            +LSF11 Master Participation Trust,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr            +THE BANK OF NEW YORK MELLON,   14841 DALLAS PKWY SUITE 425,   Dallas, TX 75254-8067
cr            +WELLS FARGO BANK, N.A.,   C/O POWERS, KIRN & ASSOCIATES, LLC,
               8 NESHAMINY INTERPLEX DRIVE SUITE 215,   TREVOSE, PA 19053-6980
cr            +West Whiteland Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
cr            +Wilmington Savings Fund Society, FSB, et als,   RAS Crane, LLC,
               10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 19 2019 02:48:29    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:56
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:12    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:45    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                  TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wilmington Savings Fund Society, FSB
                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
          HEATHER STACEY RILOFF   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
          JAMES RANDOLPH WOOD   on behalf of Creditor   West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   LSF11 Master Participation Trust paeb@fedphe.com
          JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JOSEPH L QUINN   on behalf of Debtor Alejandro Franco Tovar CourtNotices@sjr-law.com
          KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
          KEVIN M. BUTTERY   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et als
           kbuttery@rascrane.com
          MARIO J. HANYON   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
          REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
           York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
           Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
           York et al ... bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER
           PARTICIPATION TRUST robert.davidow@phelanhallinan.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   LSF11 Master Participation Trust paeb@fedphe.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com

District/off: 0313-2          User: Stacey          Page 2 of 2          Date Rcvd: Apr 18, 2019
                              Form ID: pdf900       Total Noticed: 10


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 16

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: | : |
| **ALEJANDRO FRANCO TOVAR** | :     **BK. No. 18-16869-elf** |
| **FKA ALEJANDRO FRANCO** | : |
|         **Debtor** | :     **Chapter No. 13** |
| | : |
| **LSF11 MASTER PARTICIPATION TRUST** | : |
|         **Movant** | : |
|         **v.** | : |
| **ALEJANDRO FRANCO TOVAR** | :     **11 U.S.C. §362 and §1301** |
| **FKA ALEJANDRO FRANCO** | : |
| **SARA FRANCO (Non-filing Co-Debtor)** | : |
|         **Respondents** | : |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 THE CO-DEBTOR STAY**

**AND NOW**, this 18th day of April, 2019, at **PHILADELPHIA**, upon Motion of **LSF11 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362, and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301, is granted with respect to, 635 MARKET STREET, OXFORD, PA 19363 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LSF11 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**