STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Alejandro Franco Tovar**<br>**fka Alejandro Franco**<br>    **Debtor**<br><br>**Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust**<br>    **Movant**<br>**v.**<br>**Alejandro Franco Tovar**<br>**fka Alejandro Franco**<br>    **Debtor/Respondent**<br><br>**William C. Miller, Esquire**<br>    **Trustee/Respondent** | **Bankruptcy No. 18-16869-elf**<br><br>**Chapter 13**<br><br>**Hearing Date: June 4, 2019**<br>**Hearing Time: 9:30 A.M**<br>**Location: Courtroom #1**<br>**900 Market Street**<br>**Philadelphia, PA 19107** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1) with respect to the Property located at **396 Anglesey Terrace, West Chester, PA 19380** and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then **on or before May 22, 2019**, **you or your attorney must filed a response to the Motion**.

    (a) File an answer explaining your position at:
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

        Lauren B. Karl, Esquire.
        P.O. Box 305
        Ingomar, PA 15127
        Telephone: 973-575-0707 x 340
        Facsimile: 973-404-8886
        Email: lkarl@rascrane.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 19(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before the HONORABLE ERIC L. FRANK on **JUNE 4, 2019, AT 9:30 AM in Courtroom Number #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Date: May 7, 2019

                              **RAS CITRON, LLC**

                              By: /s/Lauren B. Karl, Esquire
                                  Lauren B. Karl, Esquire
                                  PA Bar Number 88209
                                  P.O. Box 305
                                  Ingomar, PA 15127
                                  Telephone: 973-575-0707 x 340
                                  Facsimile: 973-404-8886