United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16869-elf
Alejandro Franco Tovar                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jun 04, 2019
                              Form ID: pdf900           Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
db             +Alejandro Franco Tovar,    405 E. Anglesey Terrace,    West Chester, PA 19380-2129
cr             +LSF11 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
cr             +THE BANK OF NEW YORK MELLON,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
cr             +WELLS FARGO BANK, N.A.    C/O POWERS, KIRN & ASSOCIATES, LLC,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
cr             +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Wilmington Savings Fund Society, FSB, et als,    RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,   Duluth, GA 30097-8461
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 05 2019 03:03:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2019 03:03:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:05      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
          HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    LSF11 Master Participation Trust paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JOSEPH L QUINN    on behalf of Debtor Alejandro Franco Tovar CourtNotices@rqplaw.com
          KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
          KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et als
           kbuttery@rascrane.com
          LAUREN BERSCHLER KARL    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et als
           lkarl@rascrane.com
          MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
           Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York et al ... bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER
           PARTICIPATION TRUST robert.davidow@phelanhallinan.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2               Date Rcvd: Jun 04, 2019
                              Form ID: pdf900           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   LSF11 Master Participation Trust paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 17
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> Alejandro Franco Tovar <br> fka Alejandro Franco <br>     Debtor <br><br> Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust <br>     Movant <br><br> v. <br><br> Alejandro Franco Tovar <br> fka Alejandro Franco <br>     Debtor/Respondent <br><br> William C. Miller, Esquire <br>     Trustee/Respondent | Bankruptcy No. 18-16869-elf <br><br> Chapter 13 <br><br> Hearing Date: June 4, 2019 <br> Hearing Time: 9:30 A.M <br> Location: Courtroom 1 <br> 900 Market Street <br> Philadelphia, PA 19107 |

## ORDER OF COURT

AND NOW, this 4th day of June, 2019, upon consideration of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, and there being no response thereto, it is hereby

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code is **MODIFIED** with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust with respect to both debtor and co-debtor; and it is further

**ORDERED**, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust, its successors and/or assignees IS entitled to proceed with appropriate state court remedies against the property located at 396 Anglesey Terrace, West Chester, PA 19380, including without limitation a sheriff's sale of the property, and it is further

**ORDERED** that the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**