United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16869-elf |
| Alejandro Franco Tovar | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: SaraR | Page 1 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alejandro Franco Tovar, 405 E. Anglesey Terrace, West Chester, PA 19380-2129 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Wilmington Savings Fund Society, FSB, et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14213612 | + | America's Servicing Corp, 7485 New Horizon Way, Frederick, MD 21703-8388 |
| 14213613 | | Bank of America, Customer Service, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14213614 | + | Berkheimer Tax Administrator, 50 N. 7th Street, Bangor, PA 18013-1731 |
| 14213615 | | Buckley Brion McGuire et al, 118 W. Market Street, Suite 300, West Chester, PA 19382-2902 |
| 14213616 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14213618 | | Chester County Tax Claim Bureau, 2 North High Street, Suite 116, West Chester, PA 19380-3076 |
| 14213619 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14218645 | + | Ditech Financial LLC, C/O MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard. Ste 1400, Philadelphia, PA 19103-1814 |
| 14369620 | + | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 14213620 | + | Estate of John G. Strommer, C/O Paul C. Strommer, 11 Foxridge Road, Glenmoore, PA 19343-9549 |
| 14262320 | + | LSF11 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14301464 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14213623 | + | Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14213624 | + | Sara Franco, 205 Larchwood Road, West Chester, PA 19382-7325 |
| 14213625 | + | Sara J. Franco, 205 Larchwood Road, West Chester, PA 19382-7325 |
| 14213627 | + | Shapiro & DeNardo LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14218643 | + | The Bank of New York Mellon, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Ste. 5000, Philadelphia, PA 19106-2312 |
| 14222029 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14285585 | + | US BANK TRUST / LSF11 MASTER PARTICIPATION, c/o Robert J. Davidow, Esq, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard Ste 1400, 1 Penn Ctnr, Philadelphia, PA 19103-1821 |
| 14226349 | + | WELLS FARGO BANK, N.A., JILL MANUEL-COUGHLIN, Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Ste. 215, Trevose, PA 19053-6980 |
| 14241477 | + | WELLS FARGO BANK, N.A., C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14249539 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST, 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |
| 14213628 | + | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 14244074 | | Wells Fargo Bank, N.A., 1000 Blue Gentian Road N9286-01Y, Eagan, MN 55121-7700 |
| 14213630 | | Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14213629 | | Wells Fargo Home Mortgage, PO Box 10394, Des Moines, IA 50306-0394 |
| 14213631 | + | West Goshen Township, 1025 Paoli Pike, West Chester, PA 19380-4699 |
| 14213632 | + | West Whiteland Township, PO Box 492, Exton, PA 19341-0492 |
| 14237161 | + | West Whiteland Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14237747 | + | West Whiteland Township, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14215808 | + | Wilmington Savings Fund Society, dba Christiana Trust, RAS Crane, LLC, c/o Kevin Buttery, Esquire, 10700 Abbott's Bridge Road Ste 170 Duluth, GA 30097-8461 |

TOTAL: 35

Case 18-16869-elf   Doc 76   Filed 10/18/20   Entered 10/19/20 01:36:38   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: SaraR | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 138NEW | Total Noticed: 44 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2020 01:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2020 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:02:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14213621 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2020 01:08:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14213617 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 17 2020 02:02:33 | Chase, PO Box 901039, Fort Worth, TX 76101 |
| 14213622 | + | Email/Text: Diane@mvrlaw.com | Oct 17 2020 01:08:00 | Martha E. Von Rosenstiel, P.C., 649 South Avenue, Suite 7, Clifton Heights, PA 19018-3541 |
| 14214145 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2020 02:04:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14217139 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2020 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14214378 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 17 2020 02:00:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ditech Financial LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| cr | *+ | LSF11 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | West Whiteland Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14244127 | * | WELLS FARGO BANK N.A., 1000 BLUE GENTIAN ROAD N9286-01Y, EAGAN, MN 55121-7700 |
| 14213626 | ## | Seterus, Inc., PO Box 11790, Newark, NJ 07101-4790 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Whiteland Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor LSF11 Master Participation Trust paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JOSEPH L QUINN | on behalf of Debtor Alejandro Franco Tovar CourtNotices@rqplaw.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society FSB, et als cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Wilmington Savings Fund Society FSB, et als lkarl@rascrane.com, lbkarl03@yahoo.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| MARIO J. HANYON | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York et al ... bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST robert.davidow@phelanhallinan.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor LSF11 Master Participation Trust paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Alejandro Franco Tovar

      Debtor(s)                                      Bankruptcy No: 18−16869−elf

                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

 

                                                                                                  For The Court
                                                                                             Timothy B. McGrath
                                                                                               Clerk of Court

Dated: 10/16/20

                                                                                                                                               75 − 74
                                                                                                                                   Form 138_new