*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Alejandro Franco Tovar                                                  : Case No. 18–16869–elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , November 17, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                        By The Court

                                                        Eric L. Frank
                                                        Judge , United States Bankruptcy Court

79
Form 195