United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-16869-elf |
|---|---|
| Alejandro Franco Tovar | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alejandro Franco Tovar, 405 E. Anglesey Terrace, West Chester, PA 19380-2129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Whiteland Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor LSF11 Master Participation Trust paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JOSEPH L QUINN | |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Nov 17, 2020 | Form ID: 195 | Total Noticed: 1

on behalf of Debtor Alejandro Franco Tovar CourtNotices@rqplaw.com

KARINA VELTER
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

KEVIN M. BUTTERY
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et als cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Wilmington Savings Fund Society  FSB, et als lkarl@rascrane.com, lbkarl03@yahoo.com

MARIO J. HANYON
    on behalf of Creditor Ditech Financial LLC mario.hanyon@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York et al ... bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mort bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor LSF11 Master Participation Trust paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Alejandro Franco Tovar : Case No. 18−16869−elf
       Debtor(s)

### ORDER
_____

    AND NOW, this day , November 17, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

79
Form 195